IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

MI WINDOWS & DOORS, INC.                          CASE NO. 8:12-CV-02116-SDM-TGW
f/k/a MI HOME PRODUCTS, INC.,

       Plaintiff,
vs.

NATIONAL UNION FIRE  INSURANCE
COMPANY OF PITTSBURGH, PA; LIBERTY
MUTUAL FIRE INSURANCE COMPANY;
ZURICH AMERICAN INSURANCE COMPANY;
an AMERICAN ZURICH INSURANCE
COMPANY,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

**COMES NOW**, Defendants, ZURICH AMERICAN INSURANCE COMPANY and AMERICAN ZURICH INSURANCE COMPANY (collectively "Zurich"), and Plaintiff, MI WINDOWS & DOORS, INC. f/k/a MI HOME PRODUCTS, INC. ("MIWD"), by and through their undersigned attorneys and file this Notice of Settlement advising the Court that the claims and issues between these parties in this matter have been resolved, and that the parties are in the process of preparing settlement documents, following which a Stipulation of Dismissal Without Prejudice will be submitted by the parties to the Court for entry. Zurich hereby withdraws its Motion for Summary Judgment against MIWD, and MIWD hereby withdraws its Motion for Partial Summary Judgment as to Zurich. MIWD's Motion remains pending against Liberty Mutual Fire Insurance Company and Employers Insurance of Wausau.

**MCINTOSH SAWRAN & CARTAYA, P.A.** • ATTORNEYS AT LAW • 1776 EAST SUNRISE BLVD • FORT LAUDERDALE, FL 33304

TELEPHONE (954) 765-1001           FACSIMILE (954) 765-1005

CASE NO: 8:12-CV-02116-SDM-TGW

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a correct copy of this Notice of Settlement was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered with the CM/ECF system, on this 13th day of September, 2013.

| | |
|---|---|
| VER PLOEG & LUMPKIN, P.A. | McINTOSH, SAWRAN & |
| PLUNKETT COONEY, PC | CARTAYA, P.A. |
| 100 S.E. 2 Street, 30 Floor | 1776 East Sunrise Blvd. |
| Miami, FL 3313 1-2158 | P.O. Box 7990 |
| Telephone: (305) 577-3996 | Fort Lauderdale, FL 33338-7990 |
| Facsimile: (305) 577-3558 | Telephone: (954) 765-1001 |
| | Facsimile: (954) 765-1005 |

By: */s/ R. Hugh Lumpkin*
   R. HUGH LUMPKIN
   Florida Bar No. 308196
   hlumpkin@vpl-law.com
   MEGHAN C. MOORE
   Florida Bar No. 668958
   mmoore@vpl-law.com
   W. ALLEN BONNER
   Florida Bar No. 27508
   ABonner@vpl-law.com

By: */s/ John C. Webber*
   DOUGLAS M. MCINTOSH
   Florida Bar No: 325597
   dmcintosh@mscesq.com
   JOHN C. WEBBER
   Florida Bar No: 0057888
   jwebber@mscesq.com