UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MI WINDOWS & DOORS, INC.,

    Plaintiff,

v.                                CASE NO. 8:12-cv-2116-T-23EAJ

LIBERTY MUTUAL FIRE INS. CO.,

    Defendant.
_____/

## **ORDER**

The defendant announces a settlement in principle. Under Local Rule 3.08(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to re-open the action upon a showing of good cause.

The clerk (1) will terminate any pending motion and (2) will administratively close the case.

ORDERED in Tampa, Florida, on March 14, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE